IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In Re: ) | |
| ) | Chapter 11 |
| FLEMING COMPANIES, INC., et al., ) | |
| ) | Case No. 03-10945-MFW |
| Debtors. ) | |
| ) | |
| AWG ACQUISITION, LLC, et al., ) | |
| ) | |
| Appellants, ) | |
| ) | |
| v. ) | Civ. No. 04-371-SLR |
| ) | |
| ALBERTSON'S INC., ) | |
| ) | |
| Appellee, ) | |

**NOTICE OF APPEAL TO THE UNITED STATES
COURT OF APPEALS FOR THE THIRD CIRCUIT**

Notice is hereby given that **AWG Acquisition, LLC and Associated Wholesale Grocers, Inc.** appeal to the United States Court of Appeals for the Third Circuit from the final Order of the U.S. District Court for the District of Delaware entered in this case on **March 30, 2005**, denying the appeal filed by AWG Acquisition, LLC and Associated Wholesale Grocers, Inc., and affirming the Bankruptcy Court's Orders of February 27, 2004 and May 5, 2004.

Dated: April 28, 2005

Respectfully submitted,

_____
Selinda A. Melnik (No. 4032)
Denise Seastone Kraft (No. 2778)
Edwards & Angell LLP
919 North Market Street, Suite 1500
Wilmington, DE 19801
302-777-7770
302-777-7263 facsimile
Counsel for Appellants

_501793_1/