## CERTIFICATE OF SERVICE

I, Denise Seastone Kraft, hereby certify that on the 28th day of April, 2005, two true and correct copies of the **Notice of Appeal to the United States Court of Appeals for the Third Circuit** were served on the following counsel of record in the manner indicated:

**Via U.S. First-Class Mail and Facsimile**
Richard A. Chesley, Esq.
Daniel B. Prieto, Esq.
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
Fax No. (312) 782-8585

Steve Bledsoe, Esq.
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017-5800
Fax No. (213) 680-8500

**Via Hand-Delivery**
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2313
Wilmington, DE 19801

**Via Hand-Delivery and Facsimile**
Laura Davis Jones, Esq.
Ira D. Kharasch, Esq.
Scotta E. McFarland, Esq.
PACHULSKI STANG ZIEHL YOUNG
 JONES & WEINTRAUB LLP
919 North Market Street, 16th Floor,
P.O. Box 8705
Wilmington, Delaware 19899-8705
Fax No. (302) 652-4400

Daniel J. DeFranceschi, Esq.
Kimberly D. Newmarch, Esq.
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Fax No. (302) 651-7701

_____
Denise Seastone Kraft

_501774_1/