IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In Re: | ) | CIRCUIT COURT |
| | ) | DOCKET NUMBER: 05-2365 |
| FLEMING COMPANIES, INC., et al., | ) | |
| | ) | Chapter 11 |
| Debtors. | ) | Case No. 03-10945-MFW |
| | ) | |
| AWG ACQUISITION, LLC, et al., | ) | |
| | ) | |
| Appellants, | ) | |
| | ) | |
| v. | ) | Civ. No. 04-371-SLR |
| | ) | |
| ALBERTSON'S INC., | ) | DISTRICT COURT JUDGE: |
| | ) | HON. SUE L. ROBINSON |
| Appellee, | ) | |

## CERTIFICATE OF SERVICE

I, Selinda A. Melnik, hereby certify that on the 9th day of May, 2005, two true and correct copies of **AWG Acquisition, LLC's and Associated Wholesale Grocer, Inc.'s Designation of Items to be Included in Record on Appeal and Statement of Issues to be Presented** were served on the following counsel of record in the manner indicated:

**Via U.S. First-Class Mail and Facsimile**
Richard A. Chesley, Esq.
Daniel B. Prieto, Esq.
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
Fax No. (312) 782-8585

**Via Hand-Delivery and Facsimile**
Laura Davis Jones, Esq.
Ira D. Kharasch, Esq.
Scotta E. McFarland, Esq.
PACHULSKI STANG ZIEHL YOUNG
  JONES & WEINTRAUB LLP
919 North Market Street, 16th Floor,
 Wilmington, Delaware 19899-8705
Fax No. (302) 652-4400

_501878_1/

Steve Bledsoe, Esq.
KIRKLAND & ELLIS LLP
777 South Figueroa Street
Los Angeles, California 90017-5800
Fax No. (213) 680-8500

**Via Hand-Delivery**
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2313
Wilmington, DE 19801

Daniel J. DeFranceschi, Esq.
Kimberly D. Newmarch, Esq.
RICHARDS LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
Fax No. (302) 651-7701

Dated: May 9, 2005

Respectfully submitted,

 /s/ Selinda A. Melnik
Selinda A. Melnik          (Bar No. 4032)
EDWARDS & ANGELL, LLP
919 North Market Street
Wilmington, Delaware 19801
Telephone: (302) 777-7770
Facsimile: (302) 777-7263
E-mail: smelnik@edwardsangell.com

-and-

Mark T. Benedict          MO #44621
HUSCH & EPPENBERGER, LLC
1200 Main Street, Suite 1700
Kansas City, Missouri 64105
Telephone: (816) 421-4800
Facsimile: (816) 421-0596
E-mail: mark.benedict@husch.com

*Counsel for Appellants AWG Acquisition, LLC and Associated Wholesale Grocers, Inc.*