IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | CIRCUIT COURT |
| | DOCKET NO. 05-2365 |
| FLEMING COMPANIES, INC., et al., | |
| | Chapter 11 |
| Debtors. | Case No. 03-10945-MFW |
| | |
| AWG ACQUISITION, LLC, | |
| | Civil Action No. 04-371-SLR |
| Appellant, | Judge Robinson |
| v. | |
| FLEMING COMPANIES, INC., | |
| Appellee. | |

**ALBERTSON'S, INC. DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL AND STATEMENT OF ISSUES TO BE PRESENTED**

Pursuant to Rule 8006 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 6 of the Federal Rules of Appellate Procedure, Albertson's, Inc. ("Albertson's") submits the following designation of additional items to be included in the record on appeal and statement of issues to be presented:

DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN RECORD ON APPEAL

| Docket No. | Title/Description |
|---|---|
| 1621 | Motion of Albertson's, Inc. For An Order: (A) Lifting The Automatic Stay To Allow Albertson's To Terminate The Facility Standby Agreements; Or Alternatively (B) Compelling Fleming To Reject Such Agreements Immediately [Filed June 23, 2003] |

| | |
|---|---|
| 1623 | Fleming's Objection To Albertson's Motion For An Order: (A) Lifting The Automatic Stay To Allow Albertson's To Terminate The Facility Standby Agreements; Or Alternatively (B) Compelling Fleming To Reject Such Agreements Immediately [Filed June 23, 2003] |
| 2885 | Reply Of Albertson's, Inc. In Support Of Its Motion For An Order: (A) Lifting The Automatic Stay To Allow Albertson's To Terminate The Facility Standby Agreements; Or Alternatively (B) Compelling Fleming To Reject Such Agreements Immediately [Filed August 8, 2003] |
| 3704 | Fleming's Surreply In Support Of Objection To Albertson's Motion For An Order: (A) Lifting The Automatic Stay To Allow Albertson's To Terminate The Facility Standby Agreements; Or Alternatively (B) Compelling Fleming To Reject Such Agreements Immediately [Filed September 17, 2003] |
| 3189 | Sign in Sheet. [Filed August 13, 2003] |
| 3504 | Transcript of Hearing Held on August 13, 2004 [Filed August 28, 2003] |
| | -- All exhibits introduced into evidence at the August 13, 2004 hearing (to the extent that the exhibits are referred to in the brief they will be attached). |

Pursuant to and in accordance with Bankruptcy Rule 8006 and Federal Rule of Appellate Procedure 6, Albertson's will provide copies of each of the above-designated additional items to the Clerk of the United States District Court for the District of Delaware. Albertson's will also provide copies of the above-designated additional items on all other parties to the appeal if requested.

## STATEMENT OF ISSUES TO BE PRESENTED

In addition to AWG Acquisition's Statement of the Issues to be Presented, Albertson's adds the following issue to be presented:

1. Whether Section 365(C)(1) of the Bankruptcy Code, irrespective of whether or not the Bankruptcy Court erred in denying the Debtor's motion to assume and assign the Oklahoma FSA, prohibits the assignment of the Oklahoma FSA to a competitor of Albertson's?

Dated: May 16, 2005

Respectfully submitted,

*/s/ Kimberly D. Newmarch*

Daniel J. DeFranceschi (DE 2732)
Kimberly D. Newmarch (DE 4340)
RICHARDS, LAYTON & FINGER, P.A.
One Rodney Square
P.O. Box 551
Wilmington, Delaware 19899
(302) 651-7700

-and-

Richard A. Chesley (IL 6240877)
Daniel B. Prieto (IL 6272888)
Michelle L. Miller (IL 6278042)
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
(312) 782-3939

ATTORNEYS FOR ALBERTSON'S, INC.

# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

## CERTIFICATE OF SERVICE

I, hereby certify that on 16th day of May, 2005, I electronically filed **Albertson's Inc. Designation of Additional Items to be Included in Record on Appeal and Statement of Issues to be Presented** with the Clerk of the Court using CM/ECF which will send notifications of such filing to the following :

**Laura Davis Jones**
ljones@pszyjw.com

**Selinda A. Melnik**
samelnik@aol.com

I, hereby certify that on 16th day of May, 2005, I mailed via Hand Delivery Service and First Class Mail the **Albertson's Inc. Designation of Additional Items to be Included in Record on Appeal and Statement of Issues to be Presented** to the following non-registered participants:

(Office of the United States Trustee)
Joseph McMahan
J. Caleb Boggs Federal Building
844 N. King Street, Suite 2313
Lockbox 35
Wilmington, DE 19801

Mark T. Benedict
Leonard L. Wagner
Husch & Eppenberger
1200 Main Street, Suite 1700
Kansas City, MO 64105

*/s/ Kimberly D. Newmarch*
Kimberly D. Newmarch (No. 4340)
Richards, Layton & Finger, PA
One Rodney Square
P.O. Box 551
Wilmington, DE 19899
(302) 651-7700
newmarch@rlf.com