UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-2365

_____

IN RE: FLEMING COMPANIES, INC., ET AL.,

Debtors.

AWG ACQUISITION LLC;
ASSOCIATED WHOLESALE GROCERS, INC.,

Appellants.

_____

On Appeal From the United States District Court
for the District of Delaware
(No. 04-cv-00371)

District Judge: Honorable Sue L. Robinson, Chief Judge

Argued: December 12, 2006

Before: FISHER, CHAGARES, *Circuit Judges*, and
BUCKWALTER,* *Senior District Judge*.

(Filed August 22, 2007)

_____

JUDGMENT

_____

_____

* The Honorable Ronald L. Buckwalter, United States District Judge for the
Eastern District of Pennsylvania, sitting by designation

This cause came to be considered on the record from the District Court of the District of Delaware and was argued on December 12, 2006. On consideration whereof, it is now hereby

ORDERED and ADJUDGED by this Court that the Order of the District Court entered on March 30, 2005, denying the appeal filed by Appellants and affirming the Bankruptcy Court's Orders of February 27, 2004 and May 5, 2004, be and the same is hereby AFFIRMED. Costs taxed against Appellants. All in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

DATED: August 22, 2007

**Certified as a true copy and issued in lieu
of a formal mandate on September 14, 2007**

Teste: *Marcia M. Waldron*

**Clerk, U.S. Court of Appeals for the Third Circuit.**