OFFICE OF THE CLERK

## UNITED STATES COURT OF APPEALS

| | FOR THE THIRD CIRCUIT | |
|---|---|---|
| Marcia M. Waldron<br>Clerk | 21400 United States Courthouse<br>601 Market Street<br>Philadelphia PA 19106-1790 | Telephone<br>267-299-4927 |

www.ca3.uscourts.gov

September 14, 2007

Mr. Peter T. Dalleo, Clerk
U.S. District Court for the District of Delaware
844 King Street
Lockbox 18
Wilmington, DE  19801

RE: Docket No. 05-2365
    In Re: Fleming Co
    No. 04-cv-00371

Dear Mr. Dalleo:


    Enclosed is a certified copy of the judgment together with copy of the opinion in the above-entitled case(s). The certified judgment is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

    Kindly acknowledge receipt for same on the enclosed copy of this letter.

    Counsel are advised of the issuance of the mandate by copy of this letter. A copy of the certified judgment is also enclosed showing costs taxed, if any.



                              Very truly yours,
                              MARCIA M. WALDRON
                              Clerk

                              */s/ Dana M. Moore*

                        By:   Dana M. Moore
                              Case Manager


Enclosure

cc:
        Leonard L. Wagner, Esq.
        Mark T. Benedict, Esq.

Selinda A. Melnik, Esq.
Daniel J. DeFranceschi, Esq.
Richard A. Chesley, Esq.