UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

_____

No. 05-2365
_____

IN RE: FLEMING COMPANIES, INC., ET AL.,

Debtors

AWG ACQUISITION LLC;
ASSOCIATED WHOLESALE GROCERS, INC.,

Appellants

_____

On Appeal from the United States District Court
for the District of Delaware
(No. 04-cv-00371)
District Judge: Honorable Sue L. Robinson, Chief Judge
Argued: December 12, 2006

Before:  FISHER, CHAGARES, Circuit Judges,
and BUCKWALTER, Senior District Judge[*]


**ORDER AMENDING OPINION**

CHAGARES, Circuit Judge

  IT IS HEREBY ORDERED that the opinion in the above case, filed August 22, 2007, be amended as follows:

  On page 2, change contact information for appellee's counsel, Richard A. Chesley as follows:

---

  [*]The Honorable Ronald L. Buckwalter, United States District Judge for the Eastern District of Pennsylvania, sitting by designation.

    Richard A. Chesley
    Paul, Hastings, Janofsky & Walker LLP
    191 North Wacker Drive, 30th Floor
    Chicago, Illinois   60606

                                  By the Court,

                                <u>/s/ Michael A. Chagares</u>
                                Circuit Judge

Dated: September 13, 2007
DMM/cc: Mark T. Benedict, Esq.
        Selinda A. Melnik, Esq.
        Leonard L. Wagner, Esq.
        Richard A. Chesley, Esq.
        Daniel J. DeFranceschi, Esq.